Venice PI, LLC,
**Plaintiff(s)**

CASE NO 17-cv-1075TSZ

PRO SE APPEARANCE AND ANSWER

vs

Scott Steele
**Defendant(s)**

_____ FILED _____ LODGED
_____ RECEIVED
OCT 30 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

__X__ I am a defendant in this action and submit this answer for myself only.

_____ I am a defendant in this action and submit this answer for myself and my spouse.

_____ I am the _____ in the corporation, have submitted a corporate authority, allowing me to represent the corporation, and submit this answer on behalf of the corporation.

My/our correct name(s) and current address is:

Name: Scott Steele
Spouse Name: N/A
Street: 810 105th St. S.
City/State: Tacoma, WA.
Phone: (253) 389-9895

I/WE DISAGREE WITH THE COMPLAINT BECAUSE:
I have not seen the movie "Once upon a time in Venice" I do not know any of the defendants mentioned in this case. Why would I have to download a movie when Netflix and Redbox is so easily available. I also feel that the Plaintiff has been unprofessional in the fact that he has given out my name and address to people (defendants) that I do not know.

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

DATED 10-30-17

[signature]
**Defendant Signature and printed name**
Scott D. Steele

Plaintiff Name/Address:
David A. Lowe
Lowe Graham Jones
701 Fifth Ave, Suite 4800
Seattle, WA. 98104