RECEIVED
NOV 06 2017
IN SEATTLE

United States District Court

November 1, 2017

Plaintiff: VENICE PI, LLC

Defendant: MEGAN DEVILLERS/MIKKELSON

Civil Action No. 17-cv-1075TSZ

MEGAN DEVILLERS RESPONSE TO COMPLAINT



_____ FILED _____ LODGED
_____ RECEIVED
NOV 03 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                      DEPUTY

Defendant's response to Plaintiffs complaint:

The complaint states that my Comcast IP address was used at my home infringing the plaintiff's motion picture for a period of time, including but not limited to 2017-07-04 11:54:08 UTC.

I did not do what I am being accused of. I was out of state visiting my father, Dennis DeVillers' home in Bend Oregon from July 2, 2017 to July 6, 2017 then from July 6, 2017 to July 8, 2017 I was on military duty in Portland Oregon. I have attached a few document with proof of being out of town.

Attachment 1: Signed letter stating the dates I was visiting Dennis DeVillers home.

Attachment 2: Bank statement with charges in Bend, Oregon during the time I state above.

Sincerely,

Megan DeVillers/Mikkelson

Megan.devillers@gmail.com

24408 126th St Ct E, PO Box 664

South Prairie, WA 98385

206-734-7677

Defendant

10/30/2017

To Whom It May Concern:

Megan DeVillers was visiting my home in Bend, Oregon with the arrival date of July 2nd 2017 and departed on July 6th 2017. Please contact me if there are any questions.

Sincerely,

*[signature]*

Dennis DeVillers

(503) 849-5601